### THOMPSON v. SNYDER et al.

#### (Circuit Court, S. D. New York. December 23, 1901.)

ACCOUNTING—BILL—SUFFICIENCY.

    A bill which alleges the placing of a certain amount of money in the hands of defendants as a committee for the purchase of certain property, but does not allege what they have done with the money, nor that they have acquired anything with it but the title to the property which they were to acquire, nor that they have received anything from the property, is insufficient as a bill for an accounting, though it alleges that the defendants have refused to account for such money.

In Equity.

George M. Hough, for plaintiff.
Roger Foster, for defendants.

WHEELER, District Judge. The bill well enough alleges the placing of $3,919.32 at each of two different times into the hands of the defendants, as a committee of mortgage note holders, for the purchase of the property, and alleges no more as to what was done with it. Nothing is alleged but that they have done exactly what they were to do with the money; nor is there any allegation that they have acquired anything with the money but the title to the property which they were to acquire; nor that they have received anything from the property. The bill does allege that they have refused to render any account of the moneys, but this does not supply the want of showing that there is anything yet to be accounted for. The refusal was merely of information, for rendering which alone a bill of complaint does not lie. In this respect the bill lacks equity.

Demurrer sustained.